UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------
MICHAEL NGUYEN and KELLY
NGUYEN, *individually and on behalf of all
others similarly situated*,

        Plaintiffs,

        -against-

NEW LINK GENETICS CORPORATION,
*et al.*,

        Defendants.
------------------------------

16cv3545

ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

        The parties are directed to appear for a telephonic status conference regarding Plaintiffs' motion for preliminary approval of the parties' settlement agreement on February 24, 2021 at 10:30 a.m. The dial-in number is 888-363-4749, passcode 3070580.

Dated: February 16, 2021
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.