UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9|4: 14243

Michael Nguyen, *et al.*,

        Plaintiffs,

–v–

NewLink Genetics Corporation, *et al.*,

        Defendants.

16-cv-3545 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    WHEREAS this case was recently re-assigned to the undersigned, it is hereby ORDERED that unless notified otherwise by the Court, the parties should presume that any Scheduling Order or Case Management Plan remains in effect notwithstanding the case's transfer. However, any currently scheduled conferences with the Court are adjourned until further notice.

    IT IS FURTHER ORDERED that the parties submit a joint letter to the Court updating the Court on the status of the case no later than August 6, 2021. The parties are directed to the Court's Individual Practices (available at the Court's website, http://nysd.uscourts.gov/judge/Nathan) regarding the submission of letters. The status letter should address the following subjects:

1. A brief statement of the nature of the case and the principal defenses thereto;

2. A statement of all existing deadlines, due dates, and/or cut-off dates;

3. A statement of any previously scheduled conference dates with the Court that have not yet occurred, and the matters which were to be discussed;

4. A brief description of any motions that have been made, including whether they have

   been decided;

5. Confirmation that there are no pending appeals;

6. A statement describing the status of any discovery in the case; and

7. A statement describing the status of any settlement discussions.

The Court is not available to conduct the telephonic final approval hearing on September 22, 2021, at the scheduled time because the Court is conducting a trial during that week. However, the Court could conduct a hearing that day at 12:45 p.m. The parties should inform the Court whether they have any objection to conducting the hearing by telephone at that time.

SO ORDERED.

Dated: July 28, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge