```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/21
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAEL NGUYEN and KELLY NGUYEN, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NEWLINK GENETICS CORPORATION, CHARLES J. LINK, JR., and NICHOLAS N. VAHANIAN,<br>Defendants. | Case No. 1:16-CV-3545-AJN-OTW<br><br>HON. ALISON J. NATHAN |

**[PROPOSED] ORDER GRANTING LEAD PLAINTIFFS' UNOPPOSED**
**MOTION FOR *IN CAMERA* REVIEW OF CONFIDENTIAL TIME RECORDS**

Having considered Lead Plaintiffs' Unopposed Motion for *In Camera* Review of Confidential Time Records and finding good cause therefore:

IT IS HEREBY ORDERED that the motion is GRANTED.

SO ORDERED

September 22, 2021
New York, New York

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE