USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/23/21

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|   |   |
|---|---|
| MICHAEL NGUYEN and KELLY NGUYEN, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br>vs.<br><br>NEWLINK GENETICS CORPORATION, CHARLES J. LINK, JR., and NICHOLAS N. VAHANIAN,<br>Defendants. | Case No. 1:16-CV-3545-AJN-OTW<br><br>HON. ALISON J. NATHAN |

**[PROPOSED] ORDER GRANTING LEAD PLAINTIFFS' UNOPPOSED MOTION FOR AUTHORIZATION TO DISBURSE NOTICE AND ADMINISTRATION COSTS AND COMPENSATORY AWARD TO LEAD PLAINTIFF FROM SETTLEMENT FUND HELD IN COURT REGISTRY**

This matter came before the Court on Lead Plaintiffs' unopposed motion seeking authorization to disburse Notice and Administration Costs and Court-approved Compensatory Award to Lead Plaintiff Michael Nguyen from the Settlement Fund held in the Southern District of New York's Court Registry Investment System ("CRIS"). The Court, having granted final approval of the Settlement of the above-captioned class action on the terms set forth in the Amended Stipulation and Agreement of Settlement dated March 24, 2021 (Dkt. No. 105) ("Amended Stipulation"), pursuant to the Final Judgment and Order of Dismissal with Prejudice (Dkt. No. 133) (the "Final Judgment"), Order Approving Plan of Allocation (Dkt. No. 134) (the "Allocation Order"), and Order Awarding Attorneys' Fees and Litigation Expenses, and Award to Lead Plaintiff (Dkt. No. 132) (the "Fee and Expense Order"), all dated September 22, 2021, and having consideration the motion, and good cause appearing,

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. This Order incorporates by reference the definitions in the Amended Stipulation and all capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Amended Stipulation.

2. Pursuant to the Court's Final Judgment, Allocation Order, and Fee and Expense Order, the Court authorizes the following disbursements from the Settlement Fund held in the Court's CRIS account:

   a. $5,000.00 in reimbursement of costs incurred by Lead Plaintiff Michael Nguyen, pursuant to 15 U.S.C. § 78u-4(a)(4), by check payable to "Michael Nguyen."

   b. $249,883.80 in payment of Notice and Administration Costs incurred by the Claims Administrator for work performed from January 2021 through and including the final distribution, by check payable to "Rust Consulting, Inc."

3.     Each of the payments referenced in ¶ 2 of this Order shall be mailed to:

Lewis S. Kahn, Esq.
Kahn Swick & Foti, LLC
1100 Poydras Street, Suite 3200
New Orleans, LA 70163

DATED: 11/23/21

_____
THE HONORABLE ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK