```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/3/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Nguyen et al.,

                Plaintiffs,

–v–

Newlink Genetics Corp. et al.,

                Defendants.

16-cv-3545 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      On November 23, 2021, the Court issued an order of final distribution of the net settlement fund. Dkt. No. 143. The Court hereby ORDERS that the net settlement fund be sent by electronic means to Plaintiffs' lead counsel at Kahn Swick & Foti, LLC, who shall then forward the funds to the claims administrator.

      SO ORDERED.

Dated: December 3, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge